Wendi LaBorde
79885 Ciego Dr.
Bermuda Dunes, CA, 92203

RECEIVED
JAN - 8 2021
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

7020 1290 0001 8506 8988

United States Courthouse / Dept. of Justice
Attn: Clerk's Office

300 Fannin St., Suite #1167

Shreveport, Louisiana, 71101

X-RAYED

RE: Hon. Judge Hicks Motion to Dismiss