**United States Department of Justice**

*United States Attorney's Office*
*Western District of Louisiana*

January 21, 2021

*United States Courthouse*  *United States Courthouse*
*300 Fannin Street, Suite 3201*  *800 Lafayette Street, Suite 2200*
*Shreveport, Louisiana 71101*  *Lafayette, Louisiana 70501*
*Telephone: 318-676-3600*  *Telephone: 337-262-6618*
*Facsimile: 318-676-3641*  *Facsimile: 337-262-6693*

**CERTIFIED MAIL-**
**RETURN RECEIPT REQUESTED**
**7019 2280 0000 4555 7809**
Wendi L. LaBorde
79885 Ciego Drive
Bermuda Dunes, CA 92203

RE:   *United States of America v. Wendi L. LaBorde et al;* Case No. 20-cv-01087;
      United States District Court; Western District of Louisiana, Shreveport Division

Dear Ms. LaBorde:

Pursuant to the Federal Rules of Civil Procedure 4(e)(1) and Louisiana Revised Statute Title 13 § 3204, please find a service copy of the *Summons* and *Complaint* filed by United States of America in the above referenced matter.

Sincerely,

ALEXANDER C. VAN HOOK
Acting United States Attorney

By:   *s/ Shannon T. Brown*
      SHANNON T. BROWN
      Assistant United States Attorney
      Shreveport Office – (318) 676-3600

STB/ss
Enclosures

**GOVERNMENT EXHIBIT 6**