OTC
Drop Box

RECEIVED

FEB - 2 2021

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

LINDA FEIERLEIN Pro se
As Trustee for the CCLCA Trust
3524 Eastlake Dr
Shreveport, LA 71105

Tom Stagg United States Court House
Western District of Louisiana
300 Fannin Street, Suite 1167
Shreveport, LA 71101-3120