UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff | ) <br> ) <br> ) | CIVIL ACTION NO. 20-1087 |
| v. | ) <br> ) | JUDGE HICKS |
| WENDI L. LABORDE AND<br>CCLCA TRUST<br>    Defendants | ) <br> ) <br> ) | MAGISTRATE JUDGE HORNSBY |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW Plaintiff, the UNITED STATES OF AMERICA ("Plaintiff"), by and through undersigned counsel, who pursuant to Rule 56 of the Federal Rules of Civil Procedure moves for summary judgment on Plaintiff's claims against Defendants, Wendi L. LaBorde and CCLCA Trust, for the reasons set forth in the Memorandum filed herewith.

WHEREFORE, THE UNITED STATES OF AMERICA respectfully requests that this Court enter summary judgment on Plaintiff's claims against Defendants and for all other relief as is necessary and appropriate.

    Respectfully submitted,

    ALEXANDER C. VAN HOOK
    Acting United States Attorney

    *s/ Shannon T. Brown*
    Shannon T. Brown (LA #32366)
    Assistant United States Attorney
    300 Fannin Street, Suite 3201
    Shreveport, Louisiana 71101-3068
    (318) 676-3613// Fax: (318) 676-3642
    Email: Shannon.Brown@usdoj.gov

## CERTIFICATE OF SERVICE

      I certify that on October 1, 2021, a copy of this Motion for Summary Judgment, Memorandum in Support and Statement of Facts was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be mailed to Defendants at their last known addresses as follows:

**Wendi LaBorde**
79885 Ciego Drive
Bermuda Dunes, CA 92203
318-470-8783
PRO SE

**CCLCA Trust**
Through Linda Feirlein, Trustee
3524 Eastlake Drive
Shreveport, Louisiana 71105
PRO SE

                    *s/ Shannon T. Brown*
                    Shannon T. Brown (#32366)
                    Assistant United States Attorney