**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL ACTION NO. 20-1087 |
| v. | JUDGE HICKS |
| WENDI L. LABORDE AND CCLCA TRUST | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

Upon consideration of the United States' Motion for Entry of Judgment (R. 31), this Court's Memorandum Ruling and Order (R. 29 and 30), and the pleadings, papers, and evidence on file in this case,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**:

1. The transfer of $485,902.60 by Wendi LaBorde to CCLCA Trust in September of 2014 is declared fraudulent and is therefore null and void.

2. Judgment is hereby entered against CCLCA Trust and in favor of the United States in the amount of $437,152, jointly and severally with Wendi L. LaBorde.

3. All right, title, and interest in the real property municipally known 79885 Ciego Drive, Bermuda Dunes, California 92203 in Riverside County is hereby transferred to and titled in the name of Wendi L. LaBorde.

4. The real property municipally known 79885 Ciego Drive, Bermuda Dunes, California 92203 in Riverside County is subject to the judgment lien in favor of the United States.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 31st day of March, 2022.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT